In the Matter of RICHARD WELLING, Respondent, against PATRICK WALSH, as Commissioner of the Fire Department of the City of New York, et al., Appellants, and JAMES W. O. WOOD, et al., Interveners, Appellants, Impleaded with Another.

Reargued January 15, 1946; decided June 13, 1946.

*Ignatius M. Wilkinson, Corporation Counsel (Seymour B. Quel* and *Harry Hollander* of counsel), for defendants-appellants.

*Edward G. Bathon* for interveners, appellants.

*H. Eliot Kaplan* for respondent.

Order affirmed, with costs, on the authority of *Matter of Broderick* v. *City of New York,* decided herewith; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY and MEDALIE, JJ. Dissenting: THACHER, DESMOND and DYE, JJ.